# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ERICA ANTONIA BENAVIDEZ PENA,

Petitioner,

v.

DHS SECRETARY MARKWAYNE MULLIN, ET AL.,

Respondents.

Case No. 5:26-cv-02380-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: May 14, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE